# ATTACHMENT 1

FILED/REC'D

## COMPLAINT FORM

2023 DEC 21  A 11: 49

(for non-prisoner filers without lawyers)

CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

**IN THE UNITED STATES DISTRICT COURT**

FOR THE __Western__ DISTRICT OF __Wisconsin__

(Full name of plaintiff(s))

## Alexander Turner

_____

_____

vs

(Full name of defendant(s))

## Alyssa Turner

## Nicolas Krueger

## Stephanie Puestow

_____

Case Number:

23-cv-881-wmc
_____

(to be supplied by clerk of court)

A.  PARTIES

1.  Plaintiff is a citizen of __Wisconsin__ and resides at
(State)

## 919 216th ave, Someset 54025
(Address)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2.    Defendant **Nicolas Krueger** _____

(Name)

is (if a person or private corporation) a citizen of _____

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for **St. Croix County Sheriff department** _____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

1. Nicolas Krueger

2. Officer Krueger provided false information in a police report, manipulating a

statement I made to distort its intended meaning. Furthermore, Officer Krueger's

testimony on two separate occasions contradicted the content of his own police

report.

3. April, 16th 2023

4. St. Croix County.

"I am unaware of Officer Krueger's motives. I am under the impression that Officer

Krueger harbors animosity towards me. This belief is supported by his testimony

on two occasions, during which he made it evident that he does not have a

favorable opinion of me. Beyond these instances, I am uncertain of any additional

factors influencing his actions.

2.    Defendant **Stephanie Puestow** _____
(Name)

is (if a person or private corporation) a citizen of **Wisconsin** _____
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

1. Stephanie Puestow.

2. Stephanie Puestow provided Officer Krueger with false information, aligning with

Alyssa Turner's narrative. Stephanie falsely claimed that a vehicle was following

her and lied about Mr. Turner being in a different vehicle near Mrs. Turner's home.

3. April, 16th 2023

4. St. Croix County

5.I am unaware of Stephanie's motives, apart from her relationship with Alyssa

Turner. It is unclear whether any personal biases or motivations influenced her

provision of false information to Officer Krueger.

Attachment One (Complaint) – 2

2.  Defendant **Alyssa Turner**

(Name)

is (if a person or private corporation) a citizen of **Wisconsin**

(State, if known)

and (if a person) resides at **304 Spring Street Somerset**

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for **Kindercare/ Sportsman Bar & Grill**

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

1. Alyssa Turner

2. Alyssa falsified a police report to mislead an investigation against Mr. Turner. The

police report, which has resulted in charges being brought forth, contains multiple

claims by Alyssa with no factual evidence, only hearsay. These unfounded

allegations raise serious concerns about the integrity and accuracy of the

accusations made against Mr. Turner.

3. April, 16th 2023

4. St Croix County

5.Alyssa, to the best of my knowledge, has filed a false police report to use this as

leverage in our family case. Alyssa and I are currently going through a divorce.

Besides using it as leverage, I am not aware of any other reasons for her actions,

except for a personal dislike towards me.

C.    JURISDICTION

☑    I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐    I am suing under state law. The state citizenship of the plaintiff(s) is (are)
different from the state citizenship of every defendant, and the amount of
money at stake in this case (not counting interest and costs) is
$_____.

D.    RELIEF WANTED

Describe what you want the court to do if you win your lawsuit.  Examples may
include an award of money or an order telling defendants to do something or
stop doing something.

I am seeking an award of $10,000,000 for lost wages and emotional damages.

Additionally, I request, if feasible and reasonable, a public apology. Furthermore, I

ask for a commitment to cease defaming my name in my hometown over events

that are unfounded. These actions will contribute to rectifying the harm caused by

the false accusations.

E.     JURY DEMAND

☐     Jury Demand - I want a jury to hear my case
                              OR
☑     Court Trial – I want a judge to hear my case

Dated this ___14___ day of ___December___ 20_23_.

Respectfully Submitted,

_____
Signature of Plaintiff

6/2 - 964 - 5304

_____
Plaintiff's Telephone Number

a. turner. Sales @gmail.com

_____
Plaintiff's Email Address

919 216th ave, Somerset. WI 54025

_____

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒     I **DO** request that I be allowed to file this complaint without paying the filing fee.  I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐     I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Attachment One (Complaint) – 5